IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT D. FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:08-cv-155 |
| | ) | |
| v. | ) | Judge Wiseman |
| | ) | Magistrate Judge Griffin |
| CITY OF MT. JULIET, TENNESSEE, | ) | |
| LINDA ELAM, as Mayor of the City of | ) | Jury Demand |
| Mt. Juliet and individually, and | ) | |
| SHEILA LUCKETT, officially and | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in dispute between the parties have been resolved and that Plaintiff's Complaint should be dismissed. Plaintiff has settled his claims in this case with Defendant City of Mt. Juliet, Tennessee, and agreed to dismiss Defendants Luckett and Elam. Accordingly, this case is dismissed with prejudice.

_____
Honorable Thomas A. Wiseman, Jr.
United States District Judge